**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARTINEZ, ET. AL.,

v.

CITY OF CHICAGO, ET. AL.

Case Number:

**07 C 6879**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREGORIO MARTINEZ, and MELANIA RODRIGUEZ, on behalf of themselves individually and as the Parents and Guardians of JOSE SERRANO, ANA SERRANO, ANGEL MARTINEZ, FERNANDO MARTINEZ and SAIRA MARTINEZ

| | |
|---|---|
| **NAME** (Type or print) <br> CHRISTOPHER R. SMITH | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| **FIRM** <br> A LAW OFFICE OF CHRISTOPHER SMITH | |
| **STREET ADDRESS** <br> 119 N. PEORIA STREET, SUITE 3A | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL 60607 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201953 | **TELEPHONE NUMBER** <br> 312-432-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |