**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
MARTINEZ, ET. AL.,

v.

CITY OF CHICAGO, ET. AL.

Case Number: **07 C 6879**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GREGORIO MARTINEZ, and MELANIA RODRIGUEZ, on behalf of themselves individually and as the Parents and Guardians of JOSE SERRANO, ANA SERRANO, ANGEL MARTINEZ, FERNANDO MARTINEZ and SAIRA MARTINEZ

| | |
|---|---|
| NAME (Type or print) JAMES M. BARANYK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ James Baranyk | |
| FIRM A LAW OFFICE OF CHRISTOPHER SMITH | |
| STREET ADDRESS 119 N. PEORIA STREET, SUITE 3A | |
| CITY/STATE/ZIP CHICAGO, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292337 | TELEPHONE NUMBER 312-432-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |