**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 07 C 6879
GREGORIO MARTINEZ, et al.
          v.
CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
City of Chicago, Philip Cline, Debra Kirby and Richard Daley

| NAME (Type or print) |  |
|---|---|
| Molly E. Thompson |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Molly E. Thompson | |
| FIRM | |
| Dykema Gossett PLLC | |
| STREET ADDRESS | |
| 10 South Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6293942 | 312.876.1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

A Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois 60607
(312) 432-0400

                                                      s/ Molly E. Thompson (ARDC No. 6293942)
                                                      Molly E. Thompson

CHICAGO\2410726.1
ID\DMN