IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO MARTINEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07 C 6879 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Pallmeyer |
| ) | |
| Defendants. ) | Magistrate Judge Cole |

**MOTION FOR EXTENSION OF TIME**

Defendants, the City of Chicago, Philip Cline, Debra Kirby and Richard Daley ("Defendants"), by their attorneys, Dykema Gossett PLLC, for their Motion for Extension of Time to Answer or Otherwise Plead, state as follows:

1. On December 6, 2007 plaintiffs filed their complaint in this matter which includes allegations arising out of alleged misconduct by members of the Special Operations Section ("SOS") of the Chicago Police Department. (*See* Dkt. 1.)

2. Terrence M. Burns, Daniel M. Noland and Molly E. Thompson of Dykema Gossett PLLC have been retained and appeared as counsel for defendants.

3. Certain cases involving allegations against members of the SOS have been referred to Magistrate Judge Michael Mason for pretrial settlement conferences.

4. Defendants respectfully request an extension of time to answer or otherwise plead to and including a date after the likely referral of this case to Magistrate Judge Mason.

5. Plaintiffs will not be prejudiced by granting the relief requested in this motion.

WHEREFORE, Defendants, the City of Chicago, Philip Cline, Debra Kirby and Richard Daley, request an extension of time to answer or otherwise plead to and including a date after the

referral of this case to Magistrate Judge Mason for a pretrial settlement conference, and for any other relief this Court deems appropriate.

Dated: January 7, 2008                                      Respectfully submitted,

                                                                                s/ Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                           One of the Attorneys for Defendants, the
Daniel M. Noland                                            City of Chicago, Philip Cline, Debra Kirby
Molly E. Thompson                                           and Richard Daley
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

**CERTIFICATE OF SERVICE**

I, Daniel M. Noland, an attorney, hereby certify that on January 7, 2008, I caused the foregoing **Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

A Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
(312) 432-0400


                                                              s/ Daniel M. Noland (ARDC No. 6231175)
                                                              Daniel M. Noland

CHICAGO\2410706.1
ID\DMN