IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO MARTINEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07 C 6879 |
| | ) |
| CITY OF CHICAGO, et al., | ) Judge Pallmeyer |
| | ) |
| Defendants. | ) Magistrate Judge Cole |

**NOTICE OF MOTION**

To:   Counsel of Record

PLEASE TAKE NOTICE that on **January 9, 2008** at **8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in Room 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion for Extension of Time**.

Dated: January 7, 2008                                             Respectfully submitted,


                                                                   s/ Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                                  One of the Attorneys for Defendants, the
Daniel M. Noland                                                   City of Chicago, Philip Cline, Debra Kirby
Molly E. Thompson                                                  and Richard Daley
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2008 I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

A Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
(312) 432-0400

                  s/Daniel M. Noland (ARDC No. 6231175)
                  Daniel M. Noland

CHICAGO\2410726.1
ID\DMN