**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GREGORIO MARTINEZ, et al.<br>    v.<br>CITY OF CHICAGO, et al. | Case Number: 07 C 6879 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CITY OF CHICAGO, PHILIP CLINE, DEBRA KIRBY and RICHARD M. DALEY

| | |
|---|---|
| NAME (Type or print)<br>Paul A. Michalik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Paul A. Michalik | |
| FIRM<br>Dykema Gossett PLLC | |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198674 | TELEPHONE NUMBER<br>(312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008 I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois  60607
(312) 432-0400

                                                                               s/Paul A. Michalik
                                                                               Paul A. Michalik