# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 1/14/2008 |
| **CASE TITLE** | Gregorio Martinez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion for extension of time [12] entered and continued to 2/11/2008 at 9:00. Date for filing Answer continued generally.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|