UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case: 07 C 6879 |

MARTINEZ, GREGORIO, et al.,   Plaintiffs,     Honorable Judge PALLMEYER

      v.

    CITY OF CHICAGO et at., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   John Blake, David Case, Michael Connelly, Brendan Cocoran, James Eldridge, Brian Ferguson, James Foley, Lance Handzel, Michael Harvey, Cheryl Hurley as Administrator of the Estate of John Hurley, Gregory Insley, Bartosz Maka, Donovan Markiewicz, Christopher Nelligan, Eric J. Olsen, Bret Rice, Guadalupe Salinas,

| | |
|---|---|
| SIGNATURE    /S/ GERI LYNN YANOW | |
| FIRM    City of Chicago, Corporation Counsel | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6198618 | TELEPHONE NUMBER    312.744.2837 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐