

Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (866) 546-2597

**Daniel M. Noland**
Direct Dial: (312) 627-2100
Email: DNOLAND@DYKEMA.COM

January 30, 2008

**Via Messenger**

The Honorable James F. Holderman
Chief United States District Court Judge
United States District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Room Number 2548
Chicago, Illinois 60604

Re:   Recently Filed SOS Cases: Transfer to Magistrate Judge Mason for Settlement Purposes Only

Dear Judge Holderman:

We represent the City of Chicago with respect to certain civil lawsuits arising from allegations of misconduct by police officers within the Special Operations Section ("SOS") of the Chicago Police Department. We write to supplement previous correspondence from the City to this Court and to advise of the recent filing of the following additional SOS-related cases:

- Hernandez v. Villareal, et al., 07 C 4537 (Judge Norgle/Magistrate Judge Keys);
- Gregorio Martinez, et al. v. City of Chicago, et al., 07 C 6879 (Judge Pallmeyer/Magistrate Judge Cole);
- Misael Padilla v. City of Chicago, et al., 07 C 5253 (Judge Zagel/Magistrate Judge Schenkier); and
- Wisniewski, et al. v. City of Chicago, et al., 07 C 6775 (Judge Norgle/Magistrate Judge Cox).

As with previous cases arising from allegations of SOS misconduct, we request that these recently filed cases be referred to Magistrate Judge Mason for the limited purpose of conducting initial settlement conferences.

Thank you for this Court's consideration of this request. Should you have any questions, please contact our office.

California | Illinois | Michigan | Texas | Washington D.C.

# Dykema

The Honorable James F. Holderman
January 30, 2008
Page 2

Respectfully,

**DYKEMA GOSSETT** PLLC

*Terrence M. Burns*

Terrence M. Burns
Daniel M. Noland

DMN:ddj

cc: Karen Seimitz, First Assistant Corporation Counsel
    Counsel of Record (by facsimile):
    Christopher Smith
    Mark W. Solock
    Stuart L. Bressler
    Lawrence V. Jackowiak
    David Cerda

CHICAGO\2415561.1
ID\DMN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO MARTINEZ, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 07 C 6879 ) |
| CITY OF CHICAGO, et al., | ) Judge Pallmeyer ) |
| Defendants. | ) Magistrate Judge Cole |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008 I electronically filed the foregoing **Letter Re Recently Filed SOS Cases** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

A Law Office of Christopher Smith
119 North Peoria Street
Suite 3A
Chicago, Illinois 60607
(312) 432-0400

s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2410726.1
ID\DMN