## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gregorio Martinez, et al.

                 Plaintiff,

v.

City of Chicago, et al.

                 Defendant.

Case No.: 1:07–cv–06879

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2008:

       MINUTE entry before Judge Michael T. Mason :Settlement Conference set for 2/14/2008 at 09:30 AM. Plaintiffs' counsel to submit copies of both plaintiffs' settlement demand letter AND defendants' response letter to chambers, room 2206, by 2/11/08.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.