# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Gregorio Martinez vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/11/2008. Status hearing set for 4/15/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|