UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   07 C 6879

MARTINEZ, GREGORIO, et al.,   Plaintiffs,    Honorable Judge PALLMEYER

       v.

       CITY OF CHICAGO et at., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    John McGovern

| | |
|---|---|
| SIGNATURE /S/ GERI LYNN YANOW | |
| FIRM   City of Chicago, Corporation Counsel | |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6198618 | TELEPHONE NUMBER   312.744.2837 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |