# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Gregorio Martinez vs. City of Chicago, e al | | |

*RRP*

**DOCKET ENTRY TEXT**

Defendants' motion for extension of time to answer (12) is granted; answer date continued generally, to be set at the next status conference.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|