IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MARTINEZ, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-C-6879 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Judge Pallmeyer |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, May 13, 2008, at 8:45 a.m.**, we shall appear before the Honorable Judge Pallmeyer, in the courtroom usually occupied by her, and then and there present the attached **Motion To Appoint Special Process Server**, a copy of which is hereby served upon you.

          /s Jared S. Kosoglad
          One of Plaintiff's attorneys

Jared S. Kosoglad
Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, Illinois 60607
312-432-0400

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing *MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER* to:

**BY ELECTRONIC MEANS**

|  | Daniel Noland, Terrence Burns, Molly Thompson<br>10 South Wacker Dr.<br>Suite 2300<br>Chicago, IL 60606<br>(866) 546-2597 | Geri Yanow, Jonathan Green, Joel Sandoval<br>30 N. LaSalle Street<br>Suite 1400<br>Chicago, IL 60602 |
|---|---|---|

by electronic means on May 7, 2008.

_____/s Jared S. Kosoglad_____
Jared S. Kosoglad

Jared S. Kosoglad
Christopher R. Smith
A Law Office of Christopher R. Smith
119 N. Peoria Ave., Suite 3A
Chicago, Illinois 60607
312-432-0400

2