# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Gregorio Martinez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for appointment of special process server [30] granted. U.S. Marshals Service is directed to serve process. Plaintiff is directed to furnish copies of complaint and summons to U. S. Marshals Service.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|