### *United States District Court for the Northern District of Illinois*

Case Number:  07cv6879                   Assigned/Issued  By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**    ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                    ☑ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

1  Original and  1  copies on  5-19-08  as to  CARL SUCHOCKI
                                 (Date)

_____

_____