IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MARTINEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6879 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Pallmeyer |
| | ) | |
| Defendants. | ) | Magistrate Judge Mason |

**NOTICE OF MOTION**

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **May 27, 2008** at **8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, in Room 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to Stay**.

Dated: May 22, 2008                                 Respectfully submitted,


                                                    s/Molly E. Thompson (ARDC No. 6293942)
Terrence M. Burns                                   One of the Attorneys for Defendants, the
Daniel M. Noland                                    City of Chicago, Philip Cline, Debra Kirby,
Molly E. Thompson                                   and Richard Daley
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008 I caused the foregoing **Notice of Motion** to be served by CM/ECF Noticing on the parties listed below:

| | |
|---|---|
| Christopher R. Smith | Geri Lynn Yanow |
| Jared S. Kosoglad | City of Chicago, Department of Law |
| Law Office of Christopher R. Smith | 30 North LaSalle Street |
| 119 North Peoria Street | Suite 1400 |
| Suite 3A | Chicago, Illinois  60602 |
| Chicago, Illinois  60607 | 312.744.9010 |
| 312.432.0400 | |

s/ Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2452728.1
ID\METH