**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORIO, MARTINEZ, et al., | ) | |
|         Plaintiffs | ) | |
| | ) | |
| v. | ) | NO.  07 C 6879 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE PALLMEYER |
|         et al., | ) | |
| | ) | |
|         Defendants. | ) | |

**AMENDED NOTICE OF MOTION**

**TO:**   See Service List

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MOTION TO STAY THIS MATTER.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other Judge sitting in his place or stead, on the 27th day of May, 2008, in room 2119, at 8:45 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

    **DATED** at Chicago, Illinois this 22nd  day of May, 2008.

                                            Respectfully submitted,

                                            /S/ GERI LYNN YANOW
                                            GERI LYNN YANOW
                                            Assistant Corporation Counsel

30 N LaSalle Street / Suite 1400
Chicago, Illinois 60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

**SERVICE LIST**

**Christopher R. Smith**
**Jared S. Kosogald**
**A Law Office of Christopher R. Smith**
**119 North Peoria Street**
**Suite 3A**
**Chicago, IL 60607**

**Terrence M. Burns,**
**Daniel Noland**
**Molly E. Thompson**
**Dykema Gossett PLLC**
**10 South Wacker Drive / Suite 2300**
**Chicago, IL 60606**