IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MARTINEZ, et al., | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 6879 |
| | ) | |
| v. | ) | HON. REBECCA R. PALLMEYER |
| | ) | Judge Presiding |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE COLE |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL "ATTORNEYS' EYES ONLY" PROTECTIVE ORDER FOR DEFENDANTS

1. To seek to avoid prejudice to any party and protect the privilege against self-incrimination, the exchange and dissemination of discovery involving all Defendants herein ("Defendants"), all of whom are affected by such proceedings, whether formally defendants or not defendants in the related criminal proceedings in this matter, shall be subject to the "Attorneys' Eyes Only" restrictions delineated below.

2. All oral and written discovery answers, responses, and submissions required of Defendants, including, *inter alia,* answers to interrogatories, requests to admit, requests for production, deposition testimony, or any other discovery materials, will be tendered and reviewed on an "Attorneys' Eyes Only" basis, i.e. only by the attorneys who have appearances on file in this case.

3. Any and all documents, submissions, information, testimony, etc., that is covered under the Attorneys' Eyes Only provisions of this supplemental protective order shall be strictly confidential, and may not be disclosed to any person outside of this litigation for any reason.

4. Any document or thing that any Defendant desires to be subject to the Attorneys' Eyes Only protections of this supplemental order, shall be stamped **"Attorneys' Eyes Only"** or its equivalent.

5. Any document or thing that a Defendant desires to have subject to the QUALIFIED HIPAA AND CONFIDENTIAL MATTER PROTECTIVE ORDER in this case after all related criminal cases have concluded for all Defendants in this matter, shall be stamped **"Confidential,"** as well as **"Attorney's Eyes Only."**

6.    Notwithstanding the above, a party or witness may invoke their privilege against self-incrimination if there is a sufficient legal basis, in which case the "Attorneys' Eyes Only" standard of this Supplemental Protective Order will continue to apply. Any disputes about the basis for the assertion of the privilege shall be decided by the Court.

7.    Any court filings or materials including pleadings, answers, motions, or other materials required to be filed with the court that are subject to this Supplemental Protective Order shall be filed under seal, unless the Court orders otherwise.

8.    Exceptions to any of the above conditions shall be made only upon motion seeking specific approval of this Court.

9.    Any party may seek to modify or vacate this order, as appropriate.

ENTER:    _____
REBECCA R. PALLMEYER
DISTRICT JUDGE
UNITED STATES DISTRICT

DATED: _____