IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MARTINEZ, et al., | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 6879 |
| | ) | |
| v. | ) | HON. REBECCA R. PALLMEYER |
| | ) | Judge Presiding |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE COLE |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Christopher R. Smith
Jared S. Kosoglad
A Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL  60607

Terrence Burns
Daniel Matthew Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL  60606

**PLEASE TAKE NOTICE** that on May 29, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, before the Honorable Rebecca R. Pallmeyer, or whomever shall be sitting in her stead, in Room 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I

1

will then and there present the attached **DEFENDANTS MOTION FOR ENTRY OF PROTECTIVE ORDERS.**

          Respectfully submitted,

          __/s/ Jonathan Clark Green_____
          JONATHAN CLARK GREEN
          Assistant Corporation Counsel
          30 North LaSalle Street, Suite 1400
          Chicago, IL  60602

Atty. No. 6193934          (312) 744-0226

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDERS** was served upon the above-named at the above addresses by U.S. Mail on the 23rd day of May, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

          __/s/ Jonathan Clark Green_____
          Jonathan Clark Green