## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Gregorio Martinez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion to stay [34, 36] granted; proceedings in this case are stayed, except that written discovery will proceed. Status hearing held on 5/27/2008. Status hearing set for 9/17/2008 at 9:00 a.m.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|