Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Gregorio Martinez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for entry of protective orders [39] granted. Enter Qualified HIPAA and Confidential matter Protective Order and Supplemental "Attorneys' Eyes Only" Protective Order For Defendants.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | ETV |
|---|---|---|