*MHN*

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: 07 C 6879

MARTINEZ, ET AL.,

vs.

CITY OF CHICAGO, FRANK VILLAREAL, ET AL.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, FRANK VILLAREAL



F I L E D
5-29-2008
MAY 2 9 2008   YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  John S. LaMantia | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ John S. LaMantia | |
| FIRM  LaMantia Law Associates | |
| STREET ADDRESS  72 S. LaGrange Road, Suite 9 | |
| CITY/STATE/ZIP  LaGrange, IL  60525 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6220533 | TELEPHONE NUMBER  (708) 588-8266 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |