IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTINEZ, ET AL., | ) |
| Plaintiffs, | ) No. 07 C 6879 |
| Vs. | ) Judge Pallmeyer |
| | ) Magistrate Judge Cole |
| CITY OF CHICAGO ET AL., | ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

TO:   Christopher R. Smith

A Law Office of Christopher R. Smith

119 North Peoria, Suite 3A

Chicago, Illinois 60607

PLEASE TAKE NOTICE that effective the date of this notice our Law Firm address and contact information has changed to:

LaMantia Law Associates
72 S. LaGrange Road
Suite 9
LaGrange, Illinois 60525-1521
Phone: 708-588-8266
Fax: 708-588-8267

Respectfully Submitted:
LaMantia Law Associates

By: John LaMantia

LaMantia Law Associates
72 S. LaGrange Road
Suite 9
LaGrange, Illinois 60525-1521
(708)588-8266
Atty. No. 32369

