IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTINEZ, et. al. | ) |
| | ) |
| | ) 07 C 6879 |
| VS | ) |
| | ) |
| | ) |
| CITY OF CHICAGO, et. al. | ) |
| | ) |
| Defendant. | ) |

FILED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To:  JARED S. KOSOGLAD
     119 N. PEORIA ST SUTE 3A
     CHICAGO IL 60607

**PLEASE TAKE NOTICE** that on Friday, June 20, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached DEFENDANT'S APPEARANCE.

## CERTIFICATE OF SERVICE

I, Steven C. Rueckert, an attorney, certify that on 06/20/08, I served the above and foregoing Appearance, on the persons shown above at the address shown therein by depositing same via U.S. Mail, at 53 West Jackson Blvd.; Chicago, Illinois 60604, postage prepaid before the hour of 5:00PM.

Respectfully submitted,

_____
STEVEN C. RUECKERT
Attorney at Law
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois  60604
(312) 427-6464  Office
(312) 427-1215  Fax

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARTINEZ et. al.

V.

CITY OF CHICAGO, et. al.

Case Number: 07 C 6879

FILED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CARL SUCHOCKI

| Field | Value |
|---|---|
| NAME (Type or print) | STEVEN C. RUECKERT |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Steven C. Rueckert |
| FIRM | LAW OFFICE OF STEVEN C. RUECKERT |
| STREET ADDRESS | 53 WEST JACKSON BLVD SUITE 1410 |
| CITY/STATE/ZIP | CHICAGO IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | ARDC # 2418886 |
| TELEPHONE NUMBER | 312-427-6464 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ |