# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF<br>Gregorio Martinez, et al. | COURT CASE NUMBER<br>07C6879 |
|---|---|
| DEFENDANT<br>City of Chicago, et al. | TYPE OF PROCESS<br>S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jerome Finnegan, Star#5167, Chicago Police Officer (former)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~C.P.D., C/O Supv. of Subpoenas 3510 S. Michigan Ave., Chicago, Il 60653~~

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jared Samuel Kosoglad
A Law Office of Christopher Smith
119 N. Peoria Street, Suite 3A
Chicago, IL 60607

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Jerome Finnegan Incarcerated at MCC, 71 W. Van Buren
Legal Dept. Chicago, IL

Signature of Attorney or other Originator requesting service on behalf of: **☒ PLAINTIFF** ☐ DEFENDANT

TELEPHONE NUMBER | DATE 05-21-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>Td | Date<br>05-21-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

**FILED**
**JUN 27 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Date of Service: 6/23/08    Time: 0850 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>192.00 | Total Mileage Charges (including endeavors)<br>.97 | Forwarding Fee<br>0 | Total Charges<br>192.97 | Advance Deposits<br>250.00 | Amount owed to U.S. Marshal or<br>0 | Amount of Refund<br>57.03 |
|---|---|---|---|---|---|---|

REMARKS: 6/18/08 @ 11:00 Refused to leave cell    1 deputy: 1 hr; 1 mile r/t

1 DUSM
1 HR
1 MILE

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)