IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MARTINEZ, and MELANIA RODRIGUEZ, on behalf of themselves individually and as the Parents and Guardians of JOSE SERRANO, ANA SERRANO, ANGEL MARTINEZ, FERNANDO MARTINEZ, and SAIRA MARTINEZ, minors, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   07 C 6879 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS JEROME FINNEGAN, Star #5167, CARL SUCHOCKI, Star #18391, JAMES ELDRIDGE, Star #2081, JOHN BLAKE, Star #454, ERIC OLSEN, Star #19456, GREGORY INSLEY, Star #14260, FRANK VILLAREAL, Star #10438, B.CORCORAN, Star #17069, J. HURLEY, Star #17516, B.MAKA, Star #12206, G. SALINAS, Star #10293, B.RICE, Star #16059, OFFICER HANDZEL, Star #8116, OFFICER MARKIEWICZ, Star #17092, OFFICER FERGUSON, Star #14213, OFFICER NELLIGAN, Star #8953, OFFICER HARVEY, Star 39165, OFFICER MCGOVERN, Star 318856, OFFICER CASE, Star #1753, OFFICER CONNELLY, Star316869, OFFICER FOLEY, Star #10613, SUPERINTENDANT PHILIP CLINE, DEBRA KIRBY, MAYOR RICHARD DALEY, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Pallmeyer  Magistrate Judge Cole |
| Defendants. | ) | JURY DEMANDED |

**NOTICE OF FILING**

To:   **See Attached Service List**

**PLEASE TAKE NOTICE** that on Friday, July 25, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached Defendant Carl Suchocki's *Motion to Join Co-Defendant's Motion for Extension of Time to File Answer or Otherwise Plead*.

1

## CERTIFICATE OF SERVICE

I, hereby certify that foregoing Defendant Carl Suchocki's *Motion to Join Co-Defendant's Motion for Extension of Time to File Answer or Otherwise Plead* was served on July 25, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5., and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted,

/s/Steven C. Rueckert
**STEVEN C. RUECKERT**
Attorney for Defendant-Carl Suchocki
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois   60604
(312) 427-6464  Office
(312) 427-1215  Fax