## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Gregorio Martinez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion to join co-defendant's motion for extension of time to file answer or otherwise plead [49] is withdrawn.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|