IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO MARTINEZ, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-C-6879 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Judge Pallmeyer |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## MOTION TO WITHDRAW

Plaintiffs, Gregorio Martinez and Melania Rodriguez, on behalf of themselves and their children, through one of their attorneys, Jared S. Kosoglad, respectfully seeks leave of this Court to withdraw the appearance of Jared S. Kosoglad as an attorney of record. In support of this motion, plaintiffs state as follows:

1. The undersigned has resigned his position with A Law Office of Christopher R. Smith and will soon practice law as Jared S. Kosoglad, P.C.

2. The undersigned will no longer represent Plaintiffs in the above captioned matter.

3. The instant motion is not intended to delay this proceeding or prejudice any party.

**WHEREFORE**, Plaintiffs respectfully seek the withdrawal of Jared S. Kosoglad as attorney of record in this matter.

Respectfully submitted,

Gregorio Martinez and Melania Rodriguez

  /s Jared S. Kosoglad
By:     Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3-G
Chicago, Illinois 60607
312-513-6000

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

| | | |
|---|---|---|
| John Lamantia<br>2505 S. Des Plaines Avenue<br>North Riverside, IL 60546 | Daniel Noland, Terrence Burns, Molly Thompson<br>10 South Wacker Dr.<br>Suite 2300<br>Chicago, IL 60606 | Geri Yanow, Jonathan Green, Joel Sandoval<br>30 N. LaSalle Street<br>Suite 1400<br>Chicago, IL 60602 |

Steven Rueckert
53 West Jackson
Suite 1410
Chicago, IL 60604

s/ Jared S. Kosoglad
_____
Jared S. Kosoglad
120 N. Green Street, Suite 3G
Chicago, IL 60607
312-513-6000

2