**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORIO MARTINEZ, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6879 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Judge Pallmeyer |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

<u>**NOTICE OF MOTION**</u>

**PLEASE TAKE NOTICE that on Thursday, August 28, 2008, at 8:45 a.m.**, I shall appear before the Honorable Judge Pallmeyer, in the courtroom usually occupied by her, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

John Lamantia
2505 S. Des Plaines Avenue
North Riverside, IL 60546

Daniel Noland, Terrence
Burns, Molly Thompson
10 South Wacker Dr.
Suite 2300
Chicago, IL 60606

Geri Yanow,  Jonathan Green, Joel Sandoval
30 N. LaSalle Street
Suite 1400
Chicago, IL 60602

Steven Rueckert
53 West Jackson
Suite 1410
Chicago, IL 60604

s/ Jared S. Kosoglad

_____
Jared S. Kosoglad
120 N. Green Street, Suite 3G
Chicago, IL 60607
312-513-6000

2