## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6879 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Gregorio Martinez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion to withdraw [52] granted. Jared S. Kosoglad granted leave to withdraw his appearance as one of the counsel for Plaintiffs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|